AARON D. FORD
Attorney General
JUDY A. PRUTZMAN (Bar No. 6078)
 Deputy Attorney General
CAMERON P. VANDENBERG (Bar No. 4356)
 Chief Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
(775) 687-2113 (phone)
(775) 688-1822 (fax)
jprutzman@ag.nv.gov
gtan@ag.nv.gov
*Attorneys for Defendant State of Nevada
Department of Health and Human Services,
Division of Child and Family Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON WARD, | Case No. 2:20-cv-01336-JAD-BNW |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES, an agency of the State of Nevada; DOES INDIVIDUALS 1-X; and ROES STATE AGENCIES 1-X, | **STIPULATION AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(First Request) |
| Defendants. | |

IT IS HEREBY STPULATED AND AGREED by the parties' undersigned counsel, subject to the Court's approval, that there will be a 14-day extension of time, up to and including **Monday, September 28, 2020**, for Defendant to file its response to Plaintiff's First Amended Complaint (ECF No. 18). This is the first request for an extension of time for Defendant to file a response to Plaintiff's First Amended Complaint. This request is based on good cause and is not sought for any improper purpose or delay.

After removing this action to federal court on July 20, 2020 (ECF No. 1), Defendant filed a Motion to Dismiss on August 11, 2020 (ECF No. 12). Plaintiff filed the First Amended Complaint on August 31, 2020, thereby mooting Defendant's Motion to Dismiss and obligating Defendant to file a new responsive pleading. The deadline for Defendant to respond to the First Amended Complaint is September 14, 2020.

Defendant is requesting additional time to file its response to Defendant's First Amended Complaint to accommodate defense counsel's pre-existing professional obligations in other legal matters, and because Defendant needs additional time to adequately and accurately answer the additional causes of action contained in Plaintiff's First Amended Complaint.

The parties, through their respective counsel, respectfully request that this Court extend Defendant's deadline to respond to Plaintiff's First Amended Complaint by 14 days, up to and including Monday, September 28, 2020.

DATED:  September 10, 2020

AARON D. FORD
Attorney General

By: /s/ *Judy A. Prutzman*
Judy A. Prutzman (Bar No. 6078)
Deputy Attorney General
Cameron P. Vandenberg (Bar No. 4356)
Chief Deputy Attorney General
Gerald L. Tan (Bar No. 13596)
Deputy Attorney General
(775) 687-2113 (phone)
jprutzman@ag.nv.gov

*Attorneys for Defendant State of Nevada Department of Health and Human Services, Division of Child and Family Services*

KEMP & KEMP

By: /s/ *Victoria L. Neal, Esq.*
Victoria L. Neal, Esq. (Bar No. 13382)
James P. Kemp, Esq. (Bar No. 6375)
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183 (phone)
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff Aaron Ward*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES JUDGE

DATED: September 14, 2020