JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Aaron Ward*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON WARD,<br><br>                    Plaintiff,<br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES, an agency of the State of Nevada; DOES INDIVIDUALS I-X; and ROES STATE AGENCIES I-X,<br><br>                    Defendants. | Case No.:  2:20-cv-01336-JAD-BNW<br><br>**Stipulation and Order Dismissing Case**<br><br><br>ECF Nos. 25, 30 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: January 6, 2021.

Respectfully submitted,

/s/ Victoria L. Neal

JAMES P. KEMP, ESQ. (Bar No. 6375)
VICTORIA L. NEAL, ESQ. (Bar No. 13382)
KEMP & KEMP

Attorneys for Plaintiff
Aaron Ward

Respectfully submitted,

/s/ Judy A. Prutzman

JUDY A. PRUTZMAN (Bar No. 6078)
CAMERON P. VANDENBERG (Bar No. 4356)
GERALD L. TAN (Bar No. 13596)
STATE OF NEVADA, OFFICE OF THE
ATTORNEY GENERAL

Attorneys for Defendant State of Nevada
Department of Health and Human Services,
Division of Child and Family Service

**ORDER**

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The pending motion to dismiss **[ECF No. 25] is DENIED** as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2021